UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARYL K. HOPKINS, | |
| Plaintiff, | Case No. 1:19-cv-06335 |
| v. | Honorable Judge Ronald A. Guzman |
| HARRIS & HARRIS, LTD., | Honorable Magistrate Gabriel A. Fuentes |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, DARYL K. HOPKINS ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Inc., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, HARRIS & HARRIS, LTD. , with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 15, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 15, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

/s/ *Nathan C. Volheim*
Nathan C. Volheim