# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Daryl K. Hopkins

                          Plaintiff,

v.                                                 Case No.: 1:19−cv−06335
                                               Honorable Ronald A. Guzman

Harris & Harris, Ltd.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff having filed a notice of voluntary dismissal [9], the instant action is hereby dismissed with prejudice with each party to bear its own costs and fess. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.